# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 72964

**FILED**

AUG 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a "Notice of Appeal Presumptively." Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

On April 28, 2017, appellant filed a "Notice of Appeal Presumptively." The document does not specifically identify any judgments of the district court. Because it appears that no order has been entered in the underlying matter from which this court can properly exercise its appellate jurisdiction over, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se document filed on May 17, 2017.



17-27596

cc: Hon. Jennifer P. Togliatti, District Judge
Gene Anthony Allen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk